## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IMELDA AREVALO : | |
|     Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 19-5075 |
| : | |
| OMNI INSURANCE COMPANY, et al., : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 29th day of September, 2020, it is **ORDERED** that:

- Plaintiff's Motion for Summary Judgment (ECF No. 22) is **GRANTED**.

- Defendants' Motion for Summary Judgment Pursuant to Rule 56 (ECF No. 23) is **DENIED**.

- Because Arevalo is requesting additional relief beyond a ruling that Omni Insurance Company is subject to the deemer statute, the parties must meet and confer and provide a joint proposed scheduling order **on or before October 13, 2020**.

                                                                               s/ANITA B. BRODY, J.
                                                                               ANITA B. BRODY, J.

Copies **VIA ECF** on  09/29/2020